# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL P. HINSON, et al.**                                                                                      **PLAINTIFFS**

v.                                             **5:09CV00327BSM/HLJ**

**EMMETT D. PATRICK, et al.**                                                                                  **DEFENDANTS**

## ORDER

Plaintiffs' motion to dismiss their complaint, without prejudice (Doc. No. 3), is hereby GRANTED.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE